UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHERYL CREWS, Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| LELAND C. DUDEK, Defendant. | ) ) ) ) ) |

**JUDGMENT**
**CASE NO. 5:24-CV-00341-M-RJ**

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on May 7, 2025 [DE 16], the Commissioner's decision is REMANDED for further proceedings, as set forth in the Memorandum and Recommendations.

This Judgment filed and entered on May 7, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

May 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Tyjuana Griffin
Deputy Clerk